U.S. District Court Clerk
300 Virginia Street East
Suite 2400
Charleston, WV 25301