

# U.S. District Court

## West Virginia Southern - Charleston

Receipt Date: Sep 7, 2023 11:40AM

JOHN A. CASTRO

Rcpt. No: 2001628           Trans. Date: Sep 7, 2023 11:40AM           Cashier ID: #EB

| CD  | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|-----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| PC | Paper Check | #172 | 09/5/2023 | | $402.00 |

|  |  |
|--|--|
| Total Due Prior to Payment: | $402.00 |
| Total Tendered: | $402.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: 2:23-CV-00598 CASTRO V. WARNER FBO JOHN ANTHONY CASTRO

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.