**UNITED STATES POSTAL SERVICE®**

PRESS FIRMLY TO SEAL

I understand that Priority Mail Express™, Priority Mail®, and Global Express Guaranteed® packaging is the property of the United States Postal Service® and is provided free of charge for use with USPS® services.

Misuse may ...

**PRIORITY MAIL EXPRESS 1-DAY™**

WAIVER OF SIGNATURE

John Castro
Castro & Co.
13155 Noel Road, Suite 900
Dallas TX 75240-6882

SHIP TO:
U.S. District Court Clerk
300 Virginia St E Rm 2400
Charleston WV 25301-2539

(202) 594-4344

0007

USPS TRACKING #
9470 1112 0620 3044 2029 18

US POSTAGE & FEES PAID
PRIORITY MAIL EXPRESS
LEGAL FLAT-RATE ENVELOPE
ComBasPrice

062S00149505I15
9800532
FROM 75340

stamps
endicia
09/05/2023

**UNITED STATES POSTAL SERVICE**
FOR OFFICIAL USE ONLY

PLACE MAILING LABEL HERE
DOMESTIC AND INTERNATIONAL USE

Dispatch note, customs, etc., documents enclosed
(Bulletin d'expédition-déclaration en inclus)

PS Form 2976-E, July 2013
PSN 7530-03-000-5174

**PRIORITY MAIL XPRESS®**
POSTAGE REQUIRED
PRIORITY MAIL EXPRESS





EP13C July 2022
OD: 15 x 11.625

PS10000132900

## GUARANTEED\* · TRACKED · INSURED

USPS.COM/PICKUP



To schedule free Package Pickup, scan the QR code.

# MAILING ENVELOPE
## FOR DOMESTIC AND INTERNATIONAL USE

VISIT US AT U
ORDER FREE SUP



**PRIORITY MAIL EXPRESS®**

**UNITED STATES POSTAL SERVICE®**