IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

JOHN ANTHONY CASTRO,

    Plaintiff,

v.                         CIVIL ACTION NO. 2:23-cv-00598

SECRETARY OF STATE ANDREW WARNER and
DONALD JOHN TRUMP,

    Defendants.

## CLERK'S ORDER

For reasons appearing to the court, this action is hereby REASSIGNED from the docket of the Honorable Joseph R. Goodwin, United States District Judge, to the Honorable Irene C. Berger, United States District Judge.

Copies of this Order shall be forwarded by the Clerk to Judge Goodwin, Judge Berger, counsel of record, and any unrepresented party.

DATED: September 11, 2023

_____
RORY L. PERRY II, Clerk of Court