IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

JOHN ANTHONY CASTRO,

    Plaintiff,

v.                                              CIVIL ACTION NO. 2:23-cv-00598

SECRETARY OF STATE ANDREW WARNER and
DONALD JOHN TRUMP

    Defendants.

## CLERK'S ORDER

For reasons appearing to the court, the referral of this civil action for Findings of Fact and Recommendations for disposition is transferred from the Honorable Dwane L. Tinsley, United States Magistrate Judge, to the Honorable Omar J. Aboulhosn, United States Magistrate Judge.

Copies of this Order shall be forwarded by the Clerk to Magistrate Judge Tinsley, Magistrate Judge Aboulhosn, counsel of record, and any unrepresented party.

DATED: September 11, 2023

_____
RORY L. PERRY II, Clerk of Court