AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-00598 (WV)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **SECRETARY OF STATE ANDREW WARNER**
was received by me on *(date)* **09/15/2023**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I, Celeste Doidge, personally mailed both the Summons and the Verified Complaint to Defendant Secretary of State via Certified Mail Return Receipt Requested (CMRRR).

My fees are $ **0.00** for travel and $ **0.00** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **09/15/2023**

*Server's signature*

Celeste Doidge, Notary Public for the State of Texas
*Printed name and title*

12 Park Place
Mansfield, TX 76063
*Server's address*

Additional information regarding attempted service, etc:

FILED SEP 1 8 2023 — RORY L. PERRY II, CLERK, U.S. District Court, Southern District of West Virginia