# PRIORITY MAIL EXPRESS®

**LEGAL FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

PS10001000059
EP13L July 2022
OD: 15 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FOR DOMESTIC AND INTERNATIONAL USE

PRESS FIRMLY TO SEAL

---

US POSTAGE & FEES PAID
PRIORITY MAIL EXPRESS
ZONE 5 FLAT-RATE ENVELOPE
ComBasPrice

062S0001443317
9800532
FROM 75240

stamps endicia
09/15/2023

**PRIORITY MAIL EXPRESS 1-DAY™**

John Castro
Castro & Co.
13155 Noel Road, Suite 900
Dallas TX 75240-6882

0007
(202) 594-4344

WAIVER OF SIGNATURE

SHIP TO:
US District Clerk
Po Box 2546
Charleston WV 25329-2546

USPS TRACKING #



9470 1112 0620 3034 3669 58

PRIORITY MAIL EXPRESS
LEGAL FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13L © U.S. Postal Service; July 2022; All rights reserved.



