# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

JOHN ANTHONY CASTRO,

**Plaintiff,**  2:23-CV-00598

vs.

SECRETARY OF STATE
ANDREW WARNER, and
DONALD JOHN TRUMP,

**Defendants.**

# ORDER

Pending before the Court is the "Motion by Pro Se Litigant to Obtain Electronic Case Filing Rights" (ECF No. 2). The Plaintiff states that he has reviewed the requirements for e-filing and agrees to abide by them, acknowledges that once registered, all notices and documents will be received by e-mail and not regular mail, and has access to the technical requirements to e-file successfully.

The Administrative Procedures for Electronic Case Filing for the Southern District of West Virginia provides that "[n]on-prisoner *pro se* filers may be permitted to file electronically only when permission of the court has been requested, and the court has granted such request by Order." Rule 3.1.1.2, Administrative Procedures for Electronic Case Filing for the Southern District of West Virginia. The record shows that the Plaintiff is not incarcerated and indicates he has an email address, J.Castro@CastroAndCo.com.

The Court finds that the Plaintiff's ability to electronically file documents in this case will be more convenient, efficient, and less expensive for all parties. Accordingly, for good cause shown, it is hereby **ORDERED** that the Plaintiff's "Motion" (ECF No. 2) is **GRANTED** and the Plaintiff shall be permitted to electronically file and access documents in this case using the

Electronic Case Filing system for the Southern District of West Virginia. The Plaintiff acknowledges that he will receive electronic notification of any filings in this case, in lieu of mailings thereof through First Class Mail, and he will be granted one "free" electronic copy of any documents filed herein, which he may download and print at the time of receipt. The relief afforded by this Order extends only to this civil action, No. 2:23-cv-00598, does not grant electronic filing privileges in any other past or pending matter, and will terminate upon the resolution of this case.

The Clerk is directed to send a copy of this Order to the Plaintiff, who is acting *pro se*, and to any interested parties.

ENTER: September 19, 2023.

Omar J. Aboulhosn
United States Magistrate Judge