PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

# PRIORITY MAIL EXPRESS®

## LEGAL FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000059

EP13L July 2022
OD: 15 x 9.5

**EMS**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.



**UNITED STATES POSTAL SERVICE**®

| US POSTAGE & FEES PAID | 062S0001443348 |
| PRIORITY MAIL EXPRESS | 9800632 |
| ZONE 5 FLAT-RATE ENVELOPE | FRCM 75240 |
| ComBasPrice | |

stamps endicia
09/18/2023

### PRIORITY MAIL EXPRESS 1-DAY™

 John Castro
Castro & Co.
13155 Noel Road, Suite 900
Dallas TX 75240-6882

**0007**
(202) 594-4344

WAIVER OF SIGNATURE

SHIP TO:

U.S. District Court Clerk
Po Box 2546
Charleston WV 25329-2546

**USPS TRACKING #**



9470 1112 0620 3033 5514 23

PRIORITY MAIL EXPRESS
LEGAL FLAT RATE ENVELOPE
POSTAGE REQUIRED

See UMM and IMM at pe.usps.com for complete details.

* Money Back Guarantee for U.S. destinations only.
* Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP13L © U.S. Postal Service; July 2022; All rights reserved.



# UNITED STATES POSTAL SERVICE®

## PRIORITY MAIL EXPRESS®

# LEGAL FLAT RATE ENVELOPE
ONE RATE ▪ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

EP13L July 2022
OD: 15 x 9.5



PS10001000059

# GUARANTEED* ▪ TRACKED ▪ INSURED

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.