IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| **JOHN ANTHONY CASTRO**<br><br>**Plaintiff,**<br><br>v.<br><br>**ANDREW WARNER, WEST VIRGINIA SECRETARY OF STATE OF WEST VIRGINIA, and,**<br>**DONALD JOHN TRUMP,**<br><br>**Defendants.** | **Case No. 2:23-cv-00598** |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT**:

Kindly enter our appearances on behalf of the Respondent Andrew Warner, West Virginia Secretary of State, in the above-captioned matter. All future documents should be served on counsel at the address below.

        **STATE OF WEST VIRGINIA**

        **By Counsel,**

        PATRICK MORRISEY
        ATTORNEY GENERAL

        /s/  Curtis R. A. Capehart
        Douglas P. Buffington, II [WVSB No. 13360]
         *Chief Deputy Attorney General*
        Curtis R. A. Capehart [WVSB No. 9876]
         *Deputy Attorney General*
        Chanin Wolfingbarger Krivonyak [WVSB No. 7247]
         *Deputy Attorney General*
        Office of the Attorney General
        1900 Kanawha Blvd. E, Bldg 1, Rm 26E

Charleston, WV 25305  
Telephone: (304) 558-2021  
Facsimile: (304) 558-0140  
Email:  Doug.P.Buffington@wvago.gov  
Curtis.R.A.Capehart@wvago.gov  
CKrivonyak@wvago.gov  

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| **JOHN ANTHONY CASTRO**<br><br>**Plaintiff,**<br><br>v.<br><br>**ANDREW WARNER, WEST VIRGINIA SECRETARY OF STATE OF WEST VIRGINIA, and,**<br>**DONALD JOHN TRUMP,**<br><br>**Defendants.** | **Case No. 2:23-cv-00598** |

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

/s/ Curtis R. A. Capehart
Curtis R. A. Capehart
*Deputy Attorney General*