L R Civ P 83.6 Form (06/08/2018)
L R Cr P 44.6 Form (06/08/2018)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

JOHN ANTHONY CASTRO

**STATEMENT OF VISITING ATTORNEY
AND DESIGNATION OF LOCAL COUNSEL**

V.

SECRETARY OF STATE WARNER
and
DONALD JOHN TRUMP

CIVIL ACTION NUMBER 2:23-CV-00598

Jay Alan Sekulow
*Name of Visiting Attorney and firm name*

GA 634900
DC 996335
*State Bar ID number*

West Virginia Republican Party
*Name of party represented*

The District of Columbia Bar, 901 4th St, NW, Washington DC 20001

State Bar of Georgia, 104 Marietta St, NW, Suite 100, Atlanta, GA 30303
*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

201 Maryland Ave NE

Washington DC 20002
*Visiting Attorney's office address*

202 546 8890
*Visiting Attorney's office telephone number*

*Office fax number*

Sekulow@aclj.org
*Email address*

WV 6249

*Name of Sponsoring Attorney and firm name*

*WV Bar ID number*

Elgine Heceta McArdle McArdle Law Office
2139 Market Street
Wheeling, WV 26003

*Sponsoring Attorney's office address*

| 304-232-0700 | 304-214-1703 | elgine@mcardlelawoffice.com |
|---|---|---|
| *Sponsoring Attorney's office telephone number* | *Office fax number* | *Email address* |

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

9/22/2023
Date

Jay allen Schudson
Signature of Visiting Attorney

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case, I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

September 20, 2023
Date

Signature of Sponsoring Attorney

## ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at www.wvsd.uscourts.gov under CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV for guidance. Specific requirements regarding logins and passwords and the registration process may be found at Section 6. E-File Registration.