L R Civ P 83.6 Form (06/08/2018)
L R Cr P 44.6 Form (06/08/2018)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

JOHN ANTHONY CASTRO

                      STATEMENT OF VISITING ATTORNEY
                      AND DESIGNATION OF LOCAL COUNSEL

V.

SECRETARY OF STATE WARNER
and
DONALD JOHN TRUMP

CIVIL ACTION NUMBER 2:23-CV-00598

DC: 1044721
OK: 21816
VA: 98019

**Benjamin P. Sisney, American Center for Law & Justice**
*Name of Visiting Attorney and firm name*     *State Bar ID number*

**Intervenor West Virginia Republican Party**
*Name of party represented*

**Please see Addendum, attached**
*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

**201 Maryland Ave., NE Washington, DC 20002**
*Visiting Attorney's office address*

**202-546-8890**     **202-546-9309**     **bsisney@aclj.org**
*Visiting Attorney's office telephone number*    *Office fax number*    *Email address*

                                      WV 6249

*Name of Sponsoring Attorney and firm name*     *WV Bar ID number*

Elgine Heceta McArdle McArdle Law Office
2139 Market Street
Wheeling, WV 26003

*Sponsoring Attorney's office address*

      304-232-0700             304-214-1703          elgine@mcardlelawoffice.com
*Sponsoring Attorney's office telephone number*    *Office fax number*    *Email address*

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

9/22/23
*Date*

*Signature of Visiting Attorney*

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

September 20, 2023
*Date*

*Signature of Sponsoring Attorney*

## ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at www.wvsd.uscourts.gov under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. E-File Registration**.

## Addendum to Application for Admission Pro Hac Vice

Applicant: Benjamin Paul Sisney

Licensed to practice law, and in good standing, in:

- **Oklahoma – Bar # 21816**
  Oklahoma Bar Association
  1901 N. Lincoln Blvd.
  Oklahoma City, OK 73105

- **Washington, DC – Bar # 1044721**
  DC Bar
  901 4th Street, NW
  Washington, DC 20001

- **Virginia – Bar # 98019**
  1111 E Main St, Unit 905
  Richmond, VA 23219

Admitted to practice before, and in good standing in, these federal courts:

- Supreme Court of the United States

- United States Court of Appeals for the District of Columbia Circuit
- United States Court of Appeals for the Fourth Circuit
- United States Court of Appeals for the Fifth Circuit
- United States Court of Appeals for the Ninth Circuit
- United States Court of Appeals for the Tenth Circuit
- United States Court of Appeals for the Eleventh Circuit

- United States District Court for the District of Columbia
- United States District Court for the Northern District of Oklahoma
- United States District Court for the Western District of Oklahoma
- United States District Court for the Eastern District of Oklahoma
- United States District Court for the District of Colorado