L R Civ P 83.6 Form (06/08/2018)
L R Cr P 44.6 Form (06/08/2018)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

JOHN ANTHONY CASTRO

v.

SECRETARY OF STATE WARNER
and
DONALD JOHN TRUMP

STATEMENT OF VISITING ATTORNEY
AND DESIGNATION OF LOCAL COUNSEL

CIVIL ACTION NUMBER 2:23-CV-00598

__Andrew J. Ekonomou   ACLJ__   __GA 212750__
Name of Visiting Attorney and firm name    State Bar ID number

__West Virginia Republican Party__
Name of party represented

__State Bar of Georgia, 104 Marietta St NW, Suite 100, Atlanta GA 30303__
Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing

__201 Maryland Ave NE__
__Washington DC 20002__
Visiting Attorney's office address

__202 546 8890__                                              __aekonomou@aclj.org__
Visiting Attorney's office telephone number    Office fax number    Email address

                                                              WV 6249
Name of Sponsoring Attorney and firm name                     WV Bar ID number

Elgine Heceta McArdle  McArdle Law Office
2139 Market Street
Wheeling, WV 26003

Sponsoring Attorney's office address

304-232-0700                    304-214-1703          elgine@mcardlelawoffice.com
Sponsoring Attorney's office telephone number    Office fax number    Email address

PAGE 1 of 2 PAGES

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

| 9-26-2023 | *[signature]* |
|---|---|
| *Date* | *Signature of Visiting Attorney* |

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

| September 20, 2023 | *[signature]* |
|---|---|
| *Date* | *Signature of Sponsoring Attorney* |

### ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at www.wvsd.uscourts.gov under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. E-File Registration.**