L R Civ P 83.6 Form (06/08/2018)
L R Cr P 44.6 Form (06/08/2018)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

JOHN ANTHONY CASTRO

V.

SECRETARY OF STATE WARNER
and
DONALD JOHN TRUMP

STATEMENT OF VISITING ATTORNEY
AND DESIGNATION OF LOCAL COUNSEL

CIVIL ACTION NUMBER 2:23-CV-00598

---

Nathan Jeremiah Moelker, American Center for Law and Justice | 98313
*Name of Visiting Attorney and firm name* | *State Bar ID number*

West Virginia Republican Party
*Name of party represented*

Virginia State Bar, 1111 East Main Street, Suite 700, Richmond, Virginia  23219-0026
*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

201 Maryland Ave. NE, Washington, DC, 20002
*Visiting Attorney's office address*

(202) 546-8890 | (202) 546-8890 | nmoelker@aclj.org
*Visiting Attorney's office telephone number* | *Office fax number* | *Email address*

WV  6249

Elgine Heceta McArdle  McArdle Law Office | *WV Bar ID number*
*Name of Sponsoring Attorney and firm name*
2139 Market Street
Wheeling, WV  26003
*Sponsoring Attorney's office address*

304-232-0700 | 304-214-1703 | elgine@mcardlelawoffice.com
*Sponsoring Attorney's office telephone number* | *Office fax number* | *Email address*

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

| | |
|---|---|
| September 22, 2023 | s/ Nathan Jeremiah Moelker |
| Date | Signature of Visiting Attorney |

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

| | |
|---|---|
| September 20, 2023 | *(signature)* |
| Date | Signature of Sponsoring Attorney |

### ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at www.wvsd.uscourts.gov under CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. E-File Registration.**