Joseph L. Westfall
2110 Williams Ave
Clarksburg, W.V. 26301

CHARLESTON WV 250
4 OCT 2023 PM 1 L

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION
P.O. Box 2546
Charleston, WV 25329

25329-254645