## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| JOHN ANTHONY CASTRO<br>12 Park Place, Mansfield, TX 76063<br><br>    Plaintiff,<br><br>v.<br><br>SECRETARY OF STATE ANDREW WARNER<br>1900 Kanawha Boulevard E, Charleston, WV 25305<br><br>DONALD JOHN TRUMP<br>1100 S. Ocean Blvd, Palm Beach, FL 33480<br><br>    Defendants. | Case No. 2:23-cv-00598 |

### OBJECTION TO AMICUS CURIAE ASSIGNMENT TO PLAINTIFF

Plaintiff John Anthony Castro, *pro se*, objects to the Amicus Curiae being attributed to him. This document was filed by an unrelated third-party. Plaintiff has no knowledge of who this person is or why they filed this document with the Court. Plaintiff spoke with "Larry" in the Clerk's Office who assured Plaintiff it would be fixed, but it has not been fixed after more than an hour passing.

On top of the Motion Pursuant to 28 U.S.C. § 636(b)(1) for Relief from the Magistrate's Nondispositive Pretrial Order being assigned to the Magistrate Judge and then reversed, there are serious concerns about the competency of the Clerk's Office.

### REQUESTED RELIEF

Plaintiff demands this Court have a discussion with the staff of the Clerk's Office to take their work more seriously and to correct ECF 30 to reflect that it was filed by an unrelated third-party and not Plaintiff John Anthony Castro.

Respectfully submitted,

Dated: October 6, 2023.   By:   */s/ John Anthony Castro*

John Anthony Castro
12 Park Place
Mansfield, TX  76063
Tel. (202) 594 – 4344
J.Castro@CastroAndCo.com

Plaintiff *Pro Se*

## CERTIFICATE OF SERVICE

On October 6, 2023, I electronically filed the foregoing document via the Court's CM/ECF system.  It is further certified that all other parties are CM/ECF users and that service of this document will be made upon them via CM/ECF.  If any party has not yet submitted a notice of appearance, service of this document will be made by U.S. postal mail.

*/s/ John Anthony Castro*
John Anthony Castro