IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

JOHN ANTHONY CASTRO,

    Plaintiff,

v.

SECRETARY OF STATE ANDREW
WARNER, and DONALD JOHN TRUMP,

    Defendants,

WEST VIRGINIA REPUBLICAN PARTY,

    Intervenor-Plaintiff.

Civil Action No. 2:23-cv-00598
The Honorable Irene C. Berger

## NOTICE OF ATTORNEY APPEARANCE

Please take notice that the undersigned J. Mark Adkins, Richard R. Heath, Jr., and William M. Lorensen of the law firm of Bowles Rice LLP, being duly admitted and authorized, hereby appear as counsel of record for Defendant Donald John Trump.

Dated: October 6, 2023

*/s/ J. Mark Adkins*
J. Mark Adkins (WVSB #7414)
Richard R. Heath, Jr. (WVSB #9067)
William M. Lorensen (WVSB #13223)
BOWLES RICE LLP
600 Quarrier St.
Charleston, West Virginia 25301
(304) 347-1100
Fax: (304) 347-1746
madkins@bowlesrice.com
rheath@bowlesrice.com
wlorensen@bowlesrice.com

## CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that on the **6th** day of **October, 2023**, the foregoing *Notice of Attorney Appearance* was served upon all parties of record electronically via the Court's CM/EMF system as follows:

| | |
|---|---|
| John Anthony Castro<br>12 Park Place<br>Mansfield, Texas 76063<br>J.Castro@CastroAndCo.com<br>*Pro Se Plaintiff* | Douglas P. Buffington, II<br>  Chief Deputy Attorney General<br>Curtis R. A. Capehart<br>  Deputy Attorney General<br>Chanin Wolfinbarger Krivonyak<br>  Deputy Attorney General |
| Elgine Heceta McArdle<br>MCARDLE LAW OFFICE<br>2139 Market Street<br>Wheeling, West Virginia 26002<br>elgine@mcardlelawoffice.com<br><br>-and- | Office of the Attorney General<br>1900 Kanawha Blvd. E., Bldg 1, Rm 26E<br>Charleston, West Virginia 25305<br>Doug.P.Buffington@wvago.gov<br>Curtis.R.A.Capehart@wvago.gov<br>ckrivonyak@wvago.gov<br>*Counsel for Defendant Andrew Warner, West Virginia Secretary of State* |
| Jay Alan Sekulow<br>Jordan A. Sekulow<br>Stuart J. Roth<br>Andrew J. Economou<br>Benjamin P. Sisney<br>Nathan J. Moelker<br>THE AMERICAN CENTER FOR LAW<br>AND JUSTICE<br>201 Maryland Avenue, NE<br>Washington, DC 20002<br>sekulow@aclj.org<br>jordansekulow@aclj.org<br>sroth@aclj.org<br>aekonomou@aclj.org<br>bsisney@aclj.org<br>nmoelker@aclj.org<br>*Counsel for Intervenor-Plaintiff West Virginia Republican Party* | Michael R. Williams<br>  Principal Deputy Solicitor General<br>David E. Gilbert<br>  Deputy Attorney General<br>State Capitol Complex<br>Building 1, Room E-26<br>michael.r.williams@wvago.gov<br>dgilbert@wvago.gov<br>*Counsel for Intervenor The State of West Virginia – Patrick Morrisey, Attorney General* |

                                                */s/ J. Mark Adkins*
                                                J. Mark Adkins (WVSB #7414)