## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

JOHN ANTHONY CASTRO,

     **Plaintiff,**                                       **2:23-CV-00598**

     vs.

SECRETARY OF STATE
ANDREW WARNER, and
DONALD JOHN TRUMP,

     **Defendants.**

WEST VIRGINIA REPUBLICAN PARTY,

     **Intervenor.**

### <u>ORDER</u>

     Pending before the Court is the Defendant Donald John Trump's **Motion to Exceed Page Limit** pursuant to Local Rule 7.1 wherein the Defendant requests an exceedance of seven pages to fully address Plaintiff's allegations. (ECF No. 35) The Court, for good cause shown, hereby **GRANTS** the Defendant's **Motion**.

     The Clerk is hereby directed to transmit a copy of this Order to the Plaintiff and to counsel of record.

     ENTER: October 10, 2023.

Omar J. Aboulhosn
United States Magistrate Judge