## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| JOHN ANTHONY CASTRO, | Civil Action No. 2:23-cv-00598 |
| *Plaintiff,* | |
| v. | Honorable Irene C. Berger |
| SECRETARY OF STATE ANDREW WARNER and DONALD JOHN TRUMP, | |
| *Defendants.* | |
| WEST VIRGINIA REPUBLICAN PARTY and STATE OF WEST VIRGINIA, | |
| *Intervenors.* | |

## SECRETARY OF STATE'S MOTION TO DISMISS

Comes now, Defendant, Mac Warner, in his official capacity as Secretary of State of the State of West Virginia, and, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), moves the Court to dismiss with prejudice the Plaintiff's Verified Complaint for Declaratory and Injunctive Relief (ECF No. 1).  The Court should grant this motion for the reasons set forth in the Secretary of State's supporting memorandum of law, filed contemporaneously herewith and incorporated by reference.

Respectfully submitted,

**MAC WARNER, in his official capacity as
SECRETARY OF STATE OF THE STATE OF
WEST VIRGINIA**

*/s/ Curtis R. A. Capehart*
Douglas P. Buffington, II (WVSB # 8157)
  *Chief Deputy Attorney General*
Curtis R. A. Capehart (WVSB # 9876)
  *Deputy Attorney General*

Chanin W. Krivonyak (WVSB # 7247)
*Deputy Attorney General*
OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
1900 Kanawha Boulevard, East
Bldg 1, Rm 26E
Charleston, WV 25305
Email: curtis.r.a.capehart@wvago.gov

DATED: October 12, 2023