Joseph L. Westfall
2110 Williams Ave
Clarksburg, W.V. 26301

United States District Court
Southern District of West Virginia
Robert C. Bryd U.S. Courthouse
300 Virginia St E.
Charleston, WV

No. 2:23-cv-00598

CHARLESTON WV 250
14 OCT 2023 PM 1 L

23013259