Joseph L. Westfall
2110 Williams Ave
Clarksburg, W.V. 26301

CHARLESTON WV 250
16 OCT 2023 PM 1 L

25301-259900

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION
Robert C. Byrd U.S. Courthouse
300 Virginia St. E.rm 2400
Charleston, W.V. 25301

2:23cv00598