IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

JOHN ANTHONY CASTRO,

     Plaintiff,

v.

                                      Civil Action No. 2:23-cv-00598

SECRETARY OF STATE ANDREW            The Honorable Irene C. Berger
WARNER, and DONALD JOHN TRUMP,

     Defendants,

WEST VIRGINIA REPUBLICAN PARTY,

     Intervenor-Plaintiff.

## **NOTICE OF SUPPLEMENTAL AUTHORITY**

     Defendant Donald John Trump, by counsel, hereby notifies this Court of supplemental

authority in support of Defendant's Motion to Dismiss, CM/ECF No. 33.

- *Clark v. Trump, et al.*, No. 2:23-CV-07489, CM/ECF No. 35 (C.D. Cal. Oct. 20, 2023) (dismissing complaint seeking disqualification of Defendant from office under Section Three of the Fourteenth Amendment for lack of standing).

                               DONALD JOHN TRUMP,

                               By Counsel,

                               */s/ J. Mark Adkins*
                               J. Mark Adkins (WVSB #7414)
                               Richard R. Heath, Jr. (WVSB #9067)
                               William M. Lorensen (WVSB #13223)
                               BOWLES RICE LLP
                               600 Quarrier St.
                               Charleston, West Virginia 25301
                               (304) 347-1100
                               madkins@bowlesrice.com
                               rheath@bowlesrice.com
                               wlorensen@bowlesrice.com

## CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that on the **24th** day of **October, 2023**, the foregoing *Notice of Supplemental Authority* was served upon all parties of record electronically via the Court's CM/EMF system as follows:

John Anthony Castro
12 Park Place
Mansfield, Texas 76063
J.Castro@CastroAndCo.com
*Pro Se Plaintiff*

Elgine Heceta McArdle
MCARDLE LAW OFFICE
2139 Market Street
Wheeling, West Virginia 26002
elgine@mcardlelawoffice.com

-and-

Jay Alan Sekulow
Jordan A. Sekulow
Stuart J. Roth
Andrew J. Economou
Benjamin P. Sisney
Nathan J. Moelker
THE AMERICAN CENTER FOR LAW
AND JUSTICE
201 Maryland Avenue, NE
Washington, DC 20002
sekulow@aclj.org
jordansekulow@aclj.org
sroth@aclj.org
aekonomou@aclj.org
bsisney@aclj.org
nmoelker@aclj.org
*Counsel for Intervenor-Plaintiff West Virginia Republican Party*

Douglas P. Buffington, II
  Chief Deputy Attorney General
Curtis R. A. Capehart
  Deputy Attorney General
Chanin Wolfinbarger Krivonyak
  Deputy Attorney General
Office of the Attorney General
1900 Kanawha Blvd. E., Bldg 1, Rm 26E
Charleston, West Virginia 25305
Doug.P.Buffington@wvago.gov
Curtis.R.A.Capehart@wvago.gov
ckrivonyak@wvago.gov
*Counsel for Defendant Andrew Warner, West Virginia Secretary of State*

Michael R. Williams
  Principal Deputy Solicitor General
David E. Gilbert
  Deputy Attorney General
State Capitol Complex
Building 1, Room E-26
michael.r.williams@wvago.gov
dgilbert@wvago.gov
*Counsel for Intervenor The State of West Virginia – Patrick Morrisey, Attorney General*

/s/ J. Mark Adkins
J. Mark Adkins (WVSB #7414)