IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| JOHN ANTHONY CASTRO ) <br> 12 Park Place, Mansfield, TX 76063 ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> SECRETARY OF STATE ANDREW ) <br> WARNER and DONALD JOHN TRUMP, ) <br>  ) <br> Defendants. ) | Case No. 2:23-cv-00598 <br><br> The Honorable Irene C. Burger |

**RESPONSE TO**

**DEFENDANT DONALD JOHN TRUMP'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Donald John Trump cites more cases involving mere citizen voters.[1]  Plaintiff John Anthony Castro is not brining this civil action as a mere citizen-voter.

Plaintiff John Anthony Castro is presently a Republican Presidential Write-In Candidate in West Virginia and is on the ballots in New Hampshire, Nevada, and legally guaranteed placement in Arizona, Michigan, Connecticut, Maryland, Nebraska, West Virginia, and Montana.

Furthermore, Plaintiff intends to file the paperwork with the $2500 fee between January 8, and January 26 to formally be on the Republican Primary Ballot in West Virginia.

**REQUESTED RELIEF**

Plaintiff requests that this Court find that he is a *bona fide* Republican Presidential Primary Candidate with Article III Standing.

---

[1] *See* A.W. Clark Plaintiff, v. Shirley N. Weber, Defendant, Donald J. Trump, Intervenor Defendant., No. 223CV07489DOCDFMX, 2023 WL 6964727, at *1 (C.D. Cal. Oct. 20, 2023).

1

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
| Dated: October 24, 2023. | By: | */s/ John Anthony Castro* |

John Anthony Castro
12 Park Place
Mansfield, TX  76063
Tel. (202) 594 – 4344
J.Castro@CastroAndCo.com

Plaintiff *Pro Se*

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I, John Anthony Castro, verify, under criminal penalty of perjury, that the entirety of the foregoing document, including any and all accompanying exhibits, are unequivocally true and correct.

Executed on October 24, 2023.

/s/ John Anthony Castro
John Anthony Castro

## CERTIFICATE OF SERVICE

On October 24, 2023, I submitted the foregoing document with the Clerk of this Court either by mail, email, or CM/ECF.  It is further certified that all other parties will be served via CM/ECF if they are registered users, and, if they are not registered users or have not yet filed a notice of appearance, they will be served by U.S. postal mail.

*/s/ John Anthony Castro*
John Anthony Castro