IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

JOHN ANTHONY CASTRO,

    Plaintiff,

v.

SECRETARY OF STATE ANDREW
WARNER, and DONALD JOHN TRUMP,

    Defendants,

WEST VIRGINIA REPUBLICAN PARTY,

    Intervenor-Plaintiff.

Civil Action No. 2:23-cv-00598
The Honorable Irene C. Berger

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Donald John Trump, by counsel, hereby notifies this Court of supplemental authority in support of Defendant's Motion to Dismiss, CM/ECF No. 33.

- *John Anthony Castro v. Donald J. Trump, et al.*, No. 23-cv-416, CM/ECF No. 59 (D.N.H Oct. 27, 2023) (dismissing Castro complaint for lack of standing for want of "political competitive injury" and, alternatively, under the political question doctrine).

DONALD JOHN TRUMP,

By Counsel,

*/s/ J. Mark Adkins*
J. Mark Adkins (WVSB #7414)
Richard R. Heath, Jr. (WVSB #9067)
William M. Lorensen (WVSB #13223)
BOWLES RICE LLP
600 Quarrier St.
Charleston, West Virginia 25301
(304) 347-1100
madkins@bowlesrice.com
rheath@bowlesrice.com
wlorensen@bowlesrice.com

**CERTIFICATE OF SERVICE**

The undersigned counsel does hereby certify that on the **27th** day of **October, 2023**, the foregoing *Notice of Supplemental Authority* was served upon all parties of record electronically via the Court's CM/EMF system as follows:

| | |
|---|---|
| John Anthony Castro<br>12 Park Place<br>Mansfield, Texas 76063<br>J.Castro@CastroAndCo.com<br>*Pro Se Plaintiff* | Douglas P. Buffington, II<br>  Chief Deputy Attorney General<br>Curtis R. A. Capehart<br>  Deputy Attorney General<br>Chanin Wolfinbarger Krivonyak<br>  Deputy Attorney General<br>Office of the Attorney General<br>1900 Kanawha Blvd. E., Bldg 1, Rm 26E<br>Charleston, West Virginia 25305<br>Doug.P.Buffington@wvago.gov<br>Curtis.R.A.Capehart@wvago.gov<br>ckrivonyak@wvago.gov<br>*Counsel for Defendant Andrew Warner,*<br>*West Virginia Secretary of State* |
| Elgine Heceta McArdle<br>MCARDLE LAW OFFICE<br>2139 Market Street<br>Wheeling, West Virginia 26002<br>elgine@mcardlelawoffice.com<br><br>-and-<br><br>Jay Alan Sekulow<br>Jordan A. Sekulow<br>Stuart J. Roth<br>Andrew J. Economou<br>Benjamin P. Sisney<br>Nathan J. Moelker<br>THE AMERICAN CENTER FOR LAW<br>AND JUSTICE<br>201 Maryland Avenue, NE<br>Washington, DC 20002<br>sekulow@aclj.org<br>jordansekulow@aclj.org<br>sroth@aclj.org<br>aekonomou@aclj.org<br>bsisney@aclj.org<br>nmoelker@aclj.org<br>*Counsel for Intervenor-Plaintiff West*<br>*Virginia Republican Party* | Michael R. Williams<br>  Principal Deputy Solicitor General<br>David E. Gilbert<br>  Deputy Attorney General<br>State Capitol Complex<br>Building 1, Room E-26<br>michael.r.williams@wvago.gov<br>dgilbert@wvago.gov<br>*Counsel for Intervenor The State of West*<br>*Virginia – Patrick Morrisey, Attorney*<br>*General* |

                                              */s/ J. Mark Adkins*
                                              J. Mark Adkins (WVSB #7414)