## DECLARATION

State of West Virginia
County of ___OHIO___

    This day appeared before the undersigned authority, Benjean Rapp, who after being duly sworn upon her oath, did depose and say the following:

1. My name is Benjean Rapp, being of sound mind and body, swear and confirm the following.

2. I am a resident of Nicholas County, West Virginia, and currently serve as the Chair of County Chairs for the West Virginia Republican Party.

3. In that capacity, I have been intimately involved in West Virginia politics for over a decade.

4. In my position, I maintain regular contact with many elected officials, candidates, members of our Republican State Executive Committee, and certainly — our Republican county chairs.

5. Our group of County chairs hale from all 55 counties in West Virginia. We review and share best practices for County Executive Committees, regularly deliver reports to the West Virginia State Executive Committee, and regularly meet to discuss ongoing political happenings in the state and the country.

6. County-level politics and executive committees are as granular as the Republican Party apparatus in West Virginia gets; at this level, one finds very loyal and involved citizens.

7. Amidst all my work in West Virginia Republican politics for the past decade, I interact with a multitude of voters and activists, for the purpose of exchanging information about certain races and candidates on from the local races to the national races.

Exhibit A

8. Despite my daily intricate involvement with voters and activists in West Virginia, I cannot recall having ever heard of John Castro, or being made aware of any campaign efforts, or support for him relating to the Republican nomination for President of the United States.

9. Further affiant sayeth naught.

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct

_____
BENJEAN RAPP

Taken, sworn to, and acknowledged before me, the undersigned authority, on this 13th Day of November 2023, by BENJEAN RAPP in the County and State aforementioned.

_____
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
ELGINE HECETA McARDLE
McArdle Law Office
2139 Market Street
Wheeling, WV 26003
My Commission Expires May 10, 2027