# DECLARATION

State of West Virginia

County of Kanawha

This day appeared before the undersigned authority, Mark Blankenship, who after being duly sworn, did depose and say the following:

1. I, Mark Blankenship, have worked as a West Virginia pollster and campaign consultant for more than 20 years.

2. In that capacity, I regularly interact with voters, activists, candidates, and political groups. I have intimate familiarity with West Virginia politics, elections, and campaigns as a result of my 20-year career as a pollster and campaign consultant.

3. Presence on polling is a critical indicator of political support. I have not seen any support for John Anthony Castro in any 2024 poll for President of the United States.

4. I have not discerned any support for John Anthony Castro in West Virginia from any of the other typical indicators, either. I am not aware of any expenditures or media outreach by John Anthony Castro in the State of West Virginia, nor am I aware of any West Virginia voters or political organizations offering support John Anthony Castro. To the best of my knowledge, John Anthony Castro has very limited/no political presence in West Virginia.

5. If former President Donald Trump were to be disqualified from seeking office, other candidates with state or national name recognition would likely benefit. With respect to the primary election, several other Republican candidates are more known by West Virginia voters, each having spent years in elected office and/or offices. Based on my experience, it is near-certain that these candidates would be the beneficiaries of a hypothetical disqualification of former President Donald Trump.

6. Based on my knowledge and experience, there is no reason to conclude that John Anthony Castro would benefit from a material increase in political support here in West Virginia if former President Trump were to be disqualified from seeking office. To the contrary, if anything, under those circumstances, it is reasonable to expect supporters of President Trump to be angry at Mr. Castro due to his efforts to disqualify President Trump.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 16th day of November, 2023.

_____
Mark Blankenship

Taken, sworn to, and acknowledged before me, the undersigned authority, on this 16th day of November 2023, by MARK BLANKENSHIP in the County and State aforementioned.

_____
Notary Public

GLORIA J. TRAYLOR
Notary Public Official Seal
State of West Virginia
My Comm. Expires Feb 2, 2027
152 Riverine Drive Winfield WV 25213

16306895.1