# EXHIBIT B

# REPORT OF RECEIPTS AND DISBURSEMENTS

**FEC FORM 3P** — BY AN AUTHORIZED COMMITTEE OF A CANDIDATE FOR THE OFFICE OF PRESIDENT OR VICE PRESIDENT

Office Use Only

Example: If typing, type over the lines.  `12FE4M5`

**1. NAME OF COMMITTEE** (in full, type or print)

CASTRO, JOHN ANTHONY

ADDRESS (number and street): 12 PARK PLACE

CITY: MANSFIELD   STATE: TX   ZIP CODE: 76063

**2. FEC IDENTIFICATION NUMBER** ▶ C C00728097

**3. TYPE OF REPORT** (Choose One)

Check here if this is a Termination Report (TER) ☐

Quarterly Reports:
- ☐ April 15 (Q1)
- ☒ October 15 (Q3)
- ☐ July 15 (Q2)
- ☐ January 31 Year-End Report (YE)

Monthly Reports:
- ☐ Feb 20 (M2)  ☐ May 20 (M5)  ☐ Aug 20 (M8)  ☐ Nov 20 (M11)
- ☐ Mar 20 (M3)  ☐ Jun 20 (M6)  ☐ Sep 20 (M9)  ☐ Dec 20 (M12)
- ☐ Apr 20 (M4)  ☐ Jul 20 (M7)  ☐ Oct 20 (M10)  ☐ Jan 31 (YE)

☐ 12-Day Pre-Election Report for the Election on __/__/____ in the State of ____

☐ 30-Day Post-Election Report for the General Election on __/__/____

**4. IS THIS REPORT AN AMENDMENT?**  ☐ yes  ☒ no

**5. COVERING PERIOD** __/01/2023 THROUGH 09/30/2023

I certify that I have examined this Report and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer: CASTRO, JOHN ANTHONY, , ,

Signature of Treasurer: *CASTRO, JOHN ANTHONY, , ,*   Date: 10/12/2023

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Report to the penalties of 52 U.S.C. §30109. All previous versions of this form are obsolete and should no longer be used.

Office Use Only

FEC **Form 3P** (Rev. 05/2016)

FEC **Form 3P** (Rev. 05/2016)

Write or Type Committee Name

**CASTRO, JOHN ANTHONY**

Report Covering the Period:  From: 07 / 01 / 2023  To: 09 / 30 / 2023

## SUMMARY

| | | |
|---|---|---:|
| 6. | CASH ON HAND AT BEGINNING OF REPORTING PERIOD .......................................................... | 1.00 |
| 7. | TOTAL RECEIPTS THIS PERIOD (From Line 22, Column A, Page 3) ......................................................... | 677.00 |
| 8. | SUBTOTAL (Lines 6 and 7) ....................................................................................... | 678.00 |
| 9. | TOTAL DISBURSEMENTS THIS PERIOD (From Line 30, Column A, Page 4) ......................................................... | 0.00 |
| 10. | CASH ON HAND AT CLOSE OF THE REPORTING PERIOD (Subtract Line 9 from 8) ..................................................................... | 678.00 |
| 11. | DEBTS AND OBLIGATIONS OWED TO THE COMMITTEE (Itemize All on Schedule C-P or Schedule D-P) ................................................ | 0.00 |
| 12. | DEBTS AND OBLIGATIONS OWED BY THE COMMITTEE (Itemize All on Schedule C-P or Schedule D-P) ................................................ | 0.00 |
| 13. | EXPENDITURES SUBJECT TO LIMIITATION (Use the worksheet on Page 8 to calculate this amount.) ................................................. | 0.00 |

## NET ELECTION CYCLE-TO-DATE CONTRIBUTIONS AND EXPENDITURES

| | | |
|---|---|---:|
| 14. | NET CONTRIBUTIONS (Other than Loans) (Subtract Line 28d, Column B on Page 4 from 17e, Column B on Page 3) ..................................... | 677.00 |
| 15. | NET OPERATING EXPENDITURES (Subtract Line 20a, Column B on Page 3 from 23, Column B on Page 4) ..................................... | 0.00 |

# DETAILED SUMMARY PAGE
## of Receipts

FEC **Form 3P** (Rev. 05/2016)

**NAME OF COMMITTEE (in Full)**
CASTRO, JOHN ANTHONY

Report Covering the Period:  From: 07 / 01 / 2023  To: 09 / 30 / 2023

| I. RECEIPTS | COLUMN A Total This Period | COLUMN B Election Cycle-to-Date |
|---|---:|---:|
| 16. FEDERAL FUNDS (Itemize on Schedule A-P) | 0.00 | 0.00 |
| 17. CONTRIBUTIONS (other than loans) FROM: | | |
| (a) Individuals/Persons Other Than Political Committees | | |
| (i) itemized | 677.00 | 677.00 |
| (ii) unitemized | 0.00 | 0.00 |
| (iii) Total contributions | 677.00 | 677.00 |
| (b) Political Party Committees | 0.00 | 0.00 |
| (c) Other Political Committees | 0.00 | 0.00 |
| (d) The Candidate | 0.00 | 0.00 |
| (e) TOTAL CONTRIBUTIONS (other than loans) (Add 17(a), 17(b), 17(c) and 17(d)) | 677.00 | 677.00 |
| 18. TRANSFERS FROM OTHER AUTHORIZED COMMITTEES | 0.00 | 0.00 |
| 19. LOANS RECEIVED: | | |
| (a) Loans Received From or Guaranteed by Candidate | 0.00 | 0.00 |
| (b) Other Loans | 0.00 | 0.00 |
| (c) TOTAL LOANS (Add 19(a) and 19(b)) | 0.00 | 0.00 |
| 20. OFFSETS TO EXPENDITURES (Refunds, Rebates, etc.): | | |
| (a) Operating | 0.00 | 0.00 |
| (b) Fundraising | 0.00 | 0.00 |
| (c) Legal and Accounting | 0.00 | 0.00 |
| (d) TOTAL OFFSETS TO EXPENDITURES (Add 20(a), 20(b) and 20(c)) | 0.00 | 0.00 |
| 21. OTHER RECEIPTS (Dividends, Interest, etc.) | 0.00 | 0.00 |
| 22. TOTAL RECEIPTS (Add 16, 17(e), 18, 19(c), 20(d) and 21) | 677.00 | 677.00 |

# DETAILED SUMMARY PAGE
## of Disbursements and Contributed Items

FEC **Form 3P** (Rev. 05/2016)

**NAME OF COMMITTEE (in Full)**
CASTRO, JOHN ANTHONY

Report Covering the Period:  From: 07 / 01 / 2023  To: 09 / 30 / 2023

| II. DISBURSEMENTS | COLUMN A<br>Total This Period | COLUMN B<br>Election Cycle-to-Date |
|---|---|---|
| 23. OPERATING EXPENDITURES | 0.00 | 0.00 |
| 24. TRANSFERS TO OTHER AUTHORIZED COMMITTEES | 0.00 | 0.00 |
| 25. FUNDRAISING DISBURSEMENTS | 0.00 | 0.00 |
| 26. EXEMPT LEGAL AND ACCOUNTING DISBURSEMENTS | 0.00 | 0.00 |
| 27. LOAN REPAYMENTS MADE: | | |
| (a) Repayments of Loans made or Guaranteed by Candidate | 0.00 | 0.00 |
| (b) Other Repayments | 0.00 | 0.00 |
| (c) TOTAL LOAN REPAYMENTS MADE (Add 27(a) and 27(b)) | 0.00 | 0.00 |
| 28. REFUNDS OF CONTRIBUTIONS TO: | | |
| (a) Individuals/Persons Other Than Political Committees | 0.00 | 0.00 |
| (b) Political Party Committees | 0.00 | 0.00 |
| (c) Other Political Committees | 0.00 | 0.00 |
| (d) TOTAL CONTRIBUTION REFUNDS (Add 28(a), 28(b) and 28(c)) | 0.00 | 0.00 |
| 29. OTHER DISBURSEMENTS | 0.00 | 0.00 |
| 30. TOTAL DISBURSEMENTS (Add 23, 24, 25, 26, 27(c), 28(d) and 29) | 0.00 | 0.00 |

### III. CONTRIBUTED ITEMS
(Stock, Art Objects, Etc.)

| | | |
|---|---|---|
| 31. ITEMS ON HAND TO BE LIQUIDATED (Attach List) | 0.00 | |

**ALLOCATION OF PRIMARY EXPENDITURES BY STATE FOR A PRESIDENTIAL CANDIDATE**

(Used Only by Primary Committees Receiving or Expecting To Receive Federal Funds)

FEC **Form 3P** (Rev. 05/2016)
Federal Election Commission
1050 First Street, N.E.
Washington, D.C.

Page 5

**1. NAME OF COMMITTEE** (in full, type or print)

CASTRO, JOHN ANTHONY

**2. FEC IDENTIFICATION NUMBER**

C C00728097

ADDRESS (number and street): 12 PARK PLACE

CITY: MANSFIELD   STATE: TX   ZIP CODE: 76063

**3. NAME OF CANDIDATE**

## ALLOCATION BY STATE

| STATE | ALLOCATION This Period | TOTAL ALLOCATION To Date |
|---|---|---|
| Alabama | 0.00 | 0.00 |
| Alaska | 0.00 | 0.00 |
| Arizona | 0.00 | 0.00 |
| Arkansas | 0.00 | 0.00 |
| California | 0.00 | 0.00 |
| Colorado | 0.00 | 0.00 |
| Connecticut | 0.00 | 0.00 |
| Delaware | 0.00 | 0.00 |
| District of Columbia | 0.00 | 0.00 |
| Florida | 0.00 | 0.00 |
| Georgia | 0.00 | 0.00 |
| Hawaii | 0.00 | 0.00 |
| Idaho | 0.00 | 0.00 |
| Illinois | 0.00 | 0.00 |

| STATE | ALLOCATION This Period | TOTAL ALLOCATION To Date |
|---|---|---|
| Indiana | 0.00 | 0.00 |
| Iowa | 0.00 | 0.00 |
| Kansas | 0.00 | 0.00 |
| Kentucky | 0.00 | 0.00 |
| Louisiana | 0.00 | 0.00 |
| Maine | 0.00 | 0.00 |
| Maryland | 0.00 | 0.00 |
| Massachusetts | 0.00 | 0.00 |
| Michigan | 0.00 | 0.00 |
| Minnesota | 0.00 | 0.00 |
| Mississippi | 0.00 | 0.00 |
| Missouri | 0.00 | 0.00 |
| Montana | 0.00 | 0.00 |
| Nebraska | 0.00 | 0.00 |
| Nevada | 0.00 | 0.00 |
| New Hampshire | 0.00 | 0.00 |
| New Jersey | 0.00 | 0.00 |
| New Mexico | 0.00 | 0.00 |
| New York | 0.00 | 0.00 |
| North Carolina | 0.00 | 0.00 |
| North Dakota | 0.00 | 0.00 |
| Ohio | 0.00 | 0.00 |
| Oklahoma | 0.00 | 0.00 |
| Oregon | 0.00 | 0.00 |
| Pennsylvania | 0.00 | 0.00 |

Page 6

FEC **Form 3P** (Rev. 05/2016)

| STATE | ALLOCATION This Period | TOTAL ALLOCATION To Date |
|---|---|---|
| Rhode Island | 0.00 | 0.00 |
| South Carolina | 0.00 | 0.00 |
| South Dakota | 0.00 | 0.00 |
| Tennessee | 0.00 | 0.00 |
| Texas | 0.00 | 0.00 |
| Utah | 0.00 | 0.00 |
| Vermont | 0.00 | 0.00 |
| Virginia | 0.00 | 0.00 |
| Washington | 0.00 | 0.00 |
| West Virginia | 0.00 | 0.00 |
| Wisconsin | 0.00 | 0.00 |
| Wyoming | 0.00 | 0.00 |
| Puerto Rico | 0.00 | 0.00 |
| Guam | 0.00 | 0.00 |
| Virgin Islands | 0.00 | 0.00 |
| TOTALS | 0.00 | 0.00 |

Page 7

FEC **Form 3P** (Rev. 05/2016)

# SCHEDULE A-P
## ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

**FOR LINE NUMBER:** (check only one)

| 16 | ☒ 17a | 17b | 17c | 17d | 18 |
| 19a | 19b | 20a | 20b | 20c | 21 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

**NAME OF COMMITTEE (In Full)**
CASTRO, JOHN ANTHONY

---

**A.** Full Name (Last, First, Middle Initial)
CASTRO, JOHN ANTHONY

Mailing Address: 12 PARK PLACE

City: MANSFIELD
State: TX
Zip Code: 76063

FEC ID number of contributing federal political committee: C00728097

Name of Employer:
Occupation:

Receipt For: 2024
☒ Primary   ☐ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
677.00

**Transaction ID : SA17A.4099**

Date of Receipt: 09 / 30 / 2023

Various Contributions All Under $100

Amount of Each Receipt this Period
677.00

☐ Memo Item

---

**B.** Full Name (Last, First, Middle Initial)

Mailing Address:

City:
State:
Zip Code:

FEC ID number of contributing federal political committee: C

Name of Employer:
Occupation:

Receipt For:
☐ Primary   ☐ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼

Date of Receipt: / /

Amount of Each Receipt this Period

☐ Memo Item

---

**C.** Full Name (Last, First, Middle Initial)

Mailing Address:

City:
State:
Zip Code:

FEC ID number of contributing federal political committee: C

Name of Employer:
Occupation:

Receipt For:
☐ Primary   ☐ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼

Date of Receipt: / /

Amount of Each Receipt this Period

☐ Memo Item

---

**Subtotal Of Receipts This Page** (optional) ......................................................▶  677.00

**Total This Period** (last page this line number only) ...................................▶  677.00

FEC **Schedule A–P (Form 3P)** (Rev. 05/2016)