**New Media Campaigns**
110 E Main St Suite 200
Carrboro, NC  27510
+1 9193387830
accounting@newmediacampaigns.com
http://www.newmediacampaigns.com

# INVOICE

**BILL TO**
John Castro
John Castro for Senate

**INVOICE #** 17979
**DATE** 09/01/2023
**DUE DATE** 10/01/2023
**TERMS** Net 30

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Licensing and Hosting** Covers hosting of the website and access to NMC software and services for the period beginning on the invoice date. The number of months this covers is indicated by the quantity column. | 6 | 129.00 | 774.00 |

BALANCE DUE  **$774.00**