IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JOHN ANTHONY CASTRO,

        Plaintiff,

v.                                    CIVIL ACTION NO.   2:23-cv-00598

SECRETARY OF STATE ANDREW WARNER
and DONALD TRUMP,

        Defendants,

WEST VIRGINIA REPUBLICAN PARTY
and the STATE OF WEST VIRGINIA,

        Intervenor.

**JUDGMENT ORDER**

In accordance with the accompanying order granting the Defendants' motions for summary judgment, the Court **ORDERS** that judgment be entered in favor of the Defendants, and that this case be dismissed and stricken from the docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

        ENTER:       December 21, 2023

_____
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA