**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| JOHN ANTHONY CASTRO | ) | |
| 12 Park Place, Mansfield, TX 76063 | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | Case No. 2:23-cv-00598 |
| *v.* | ) | |
| | ) | The Honorable Irene C. Burger |
| SECRETARY OF STATE ANDREW | ) | |
| WARNER and DONALD JOHN TRUMP, | ) | |
| | ) | |
|     Defendants. | ) | |

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is given that Plaintiff John Anthony Castro in the above-captioned case hereby appeals to the United States Court of Appeals for the Fourth Circuit.

Dated: December 26, 2023.

Respectfully submitted,

By: */s/ John Anthony Castro*
John Anthony Castro
12 Park Place
Mansfield, TX  76063
(202) 594 – 4344
J.Castro@JohnCastro.com
**Plaintiff *Pro Se***

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2023, a true and correct copy of the foregoing document was served upon counsel of record for Defendants through the Court's CM/ECF system.

_____
John Anthony Castro